McGREGOR W. SCOTT
United States Attorney
GARY M. LEUIS
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00306-SAB |
| Plaintiff, | **STIPULATION TO TRANSFER CASE; ORDER** |
| vs. | |
| JACQUELINE HANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Special Assistant United States Attorney Gary M. Leuis, counsel for the plaintiff, and Etan Zaitsu, counsel for Jacqueline Hang, that, in accordance with the conditions set forth in Fed. R. Crim. P. 58(c)(2), Ms. Hang is permitted to transfer her matter to the United States District Court for the District of California in Sacramento, California.

///

///

///

///

///

///

///

Ms. Hang currently resides in Sacramento and she has agreed to plead guilty to the charged offense, 36 C.F.R. Section 2.35(b)(2), in the transferred court, the United States District Court for the District of California in Sacramento, California.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: February 19, 2019  */s/ Gary M. Leuis*
GARY M. LEUIS
Special Assistant United States Attorney
Attorney for Plaintiff


Date: February 19, 2019  */s/ Etan Zaitsu*
ETAN ZAITSU
Attorney for Defendant
JACQUELINE HANG


# **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, Ms. Hang may make her next appearance in the United States District Court for the District of California in Sacramento, California. The defendant shall appear in Sacramento at the U.S. District Court on March 12, 2019 at 9:00 a.m. in Courtroom 26 before Magistrate Judge Allison Claire.

IT IS SO ORDERED.

Dated: **February 20, 2019**

UNITED STATES MAGISTRATE JUDGE